**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**Pedro J. Roman and**
**Anna M. Roman**

      **Debtor(s).**

                           **CASE NO. 10-22705-KSJ**
                           **CHAPTER 7**

_____/

**ORDER GRANTING U.S. BANK, N.A.'S**
**RELIEF FROM STAY**

This case came on for consideration on the Motion for Relief from Stay filed by U.S. BANK,

N.A. (Document # 13).   No appropriate response having been filed in accordance with Local Rule

2002-4, it is ORDERED:

1.     The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is

terminated as to Movant's interest in the following property:

> **LOT 89, SUNSET VIEW, ACCORDING TO THE PLAT THEREOF AS**
> **RECORDED IN PLAT BOOK 33, PAGES 63 AND 64, PUBLIC RECORDS**
> **OF ORANGE COUNTY, FLORIDA.**

2.     The entry of this Order does not prevent the Debtor(s) from reinstating or paying off

the amounts due and owing, including bankruptcy attorney's fees and costs not to exceed $500.00,

as permitted by state law and the Note and Mortgage.

3.      The Order Granting Relief from Stay is entered for the sole purpose of allowing movant to obtain an *in rem* judgment against the property, and that movant shall not obtain an *in personam* relief against the debtor.

4.      The stay imposed by Fed.R.Bankr.P. 4001(a)(3) shall not be waived or reduced.

DONE and ORDERED in Orlando, Florida, this 16th day of March, 2011

_____

KAREN S. JENNEMANN
UNITED STATES BANKRUPTCY JUDGE

Copies Furnished To:

Pedro J Roman
720 SE 28th Street
Ocala,  FL  34471

Anna M Roman
720 SE 28th Street
Ocala,  FL  34471

Modesto Lopez, Esquire
930 Woodcock Road
Suite 236
Orlando,  FL  32803

Carla Musselman, Trustee
1619 Druid Road
Maitland,  FL  32751

U.S. BANK, N.A.
4801 Frederica Street
Owensboro, KY  42301

Elizabeth Frau
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018

B11004663